IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID GARDNER, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:22-CV-759-RP |
| CAPITAL ONE BANK USA, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this date, the Court entered an order dismissing Plaintiff's claims for want of prosecution. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on May 31, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE